PER CURIAM.
 

 The claimant, Felix Belevan, appeals the final order of the Unemployment Appeals Commission (“Commission”), holding that he is disqualified from receiving unemployment compensation benefits. As the record below confirms the appeals referee’s findings, which were adopted by the Commission, that the claimant voluntarily resigned without good cause attributable to his employer,
 
 see §
 
 443.101(1)(a)(1), Fla. Stat. (2009);
 
 Home Fuel Oil Co. v. Fla. Unemployment Appeals Comm’n,
 
 494
 
 *237
 
 So.2d 268, 270 (Fla. 2d DCA 1986), we affirm the order under review.
 

 Affirmed.